THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 5:13-CV-0254

| | |
|---|---|
| ELIE GERGES HANNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JEFFREY M. SAPKO, FIELD OFFICE | ) |
| DIRECTOR OF UNITED STATES | ) |
| CITIZENSHIP AND IMMIGRATION | ) |
| SERVICES, *et. al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the Parties' stipulation, it so ORDERED that

1. The above captioned case is stayed for 90 days until June 30, 2014.

2. The time for Defendants to respond to Plaintiff's discovery requests is extended until July 30, 2014.

3. The deadline for dispositive motions is extended from May 7, 2014 to August 29, 2014.

So Ordered. This \_1\_ day of April 2014.

Chief Judge James C. Dever, III
United States District Judge